AUSA ADAM McMICHAEL

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY _TM_ D.C.

NOV 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  19-8504-BER |
| Winston Lindsay, Yvel Merise and | ) | |
| Linda Masse | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 6, 2019_____ in the county of _____Palm Beach_____ in the
__Southern__ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 3144 | Material Witnesses |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Steven Quattrocchi / DHS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:      11/22/2019

_____
*Judge's signature*

City and state:        West Palm Beach, Florida

Bruce E. Reinhart, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF**
**STEVEN QUATTROCCHI**
**HOMELAND SECURITY INVESTIGATIONS**

## I.      INTRODUCTION

I, Steven Quattrocchi, being first duly sworn, depose and state as follows:

1.      I am a Special Agent employed by Homeland Security Investigations (HSI), having been so employed since July 2009.  Prior to July 2009, I was employed by the Federal Bureau of Investigation, serving as an Intelligence Analyst since March 2005, and by the Orange County Sheriff's Office, serving as a Deputy Sheriff since February 2002.

2.      I am responsible for enforcing federal criminal statutes relating to Immigration and Customs Enforcement, including alien smuggling and other violations under Titles 18 and 8 of the United States Code.

3.      This affidavit is submitted in support of material witness warrants, pursuant to Title 18, United States Code, Section 3144, for:

   a) **LINDSAY, Winston**: Alien Number: ******947,

   b) **MERISE, Yvel**: Alien Number: ******950, and

   c) **MASSE, Linda**: Alien Number: ******949.

4.      I believe that the testimony of the above witnesses is material to the criminal prosecution of Justin SAWYER, (hereinafter "SAWYER") with violating Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (vi), and (II) that is, transportation of aliens within the United States, in *United States v. Justin Sawyer*, Case No: 19-8465-WM.

5.      I have personally participated in the investigation of the offenses referred to in this affidavit.  This affidavit is based upon my personal knowledge and information supplied by fellow law enforcement officers.  This affidavit is intended to establish only that there is enough probable cause to secure the above witnesses' testimony.  As a result, I have not set forth every fact known to me regarding this investigation.

## II.     FACTUAL BACKGROUND

6.      On or about November 5, 2019, at approximately 8:00 am, the United Sates Coast Guard (USCG) received a call from a commercial fishing vessel that a disabled vessel was approximately two nautical miles off the coast of Jupiter, Florida.  The disabled vessel was reported to be occupied by several persons onboard. USCG responded to the area and located a 26' Boston Whaler vessel disabled with fifteen passengers, including; three adults and two minor children from Romania, seven adults from Haiti, one adult from Ecuador and two adult males from the Bahamas. One of the adult males from the Bahamas was later identified as SAWYER – the captain of the vessel.

7.      USCG Officers determined the vessel was a potential alien smuggling venture and secured the vessel and all occupants. All fifteen individuals were then transferred to a USCG Cutter for further processing and investigation. While aboard the USCG Cutter, some individuals stated that the captain of the vessel jumped overboard and swam to shore. This information prompted a massive USCG and Law Enforcement search and rescue operation. It was later determined that the vessel's captain did not jump overboard but was rather co-located on the vessel with the other migrants. All migrants onboard the USCG Cutter had their names and biometrics run through law

2

enforcement databases where it was determined that none of the individuals had proper documents to enter the United States.

8.      On November 6, 2019, at approximately 3:30 p.m. four of the individuals were taken from the USCG Cutter and disembarked at the USCG Station Lake Worth, within Palm Beach County and the Southern District of Florida. The individuals included, SAWYER, Yvel MERISE, Linda MASSE and Winston LINDSAY. Once at the USCG Station, the individuals were transferred to the custody of United States Border Patrol and HSI for questioning and processing. The remaining eleven migrants were returned to the Bahamas by the USCG Cutter.

9.      One of the adult passengers, MERISE was interviewed by HSI on November 6, 2019. During a post *Miranda* interview, MERISE told investigators that on or about November 4, 2019, he and others boarded the vessel in Freeport, Bahamas with the intention of being smuggled into the United States. When boarded by the USCG, MERISE stated that one of the men, later identified as SAWYER, told USCG that the vessel's captain had jumped overboard and swam to shore. When shown a photo lineup of all the adults onboard the vessel, MERISE identified SAWYER as the vessel's captain from the time they departed Freeport, Bahamas. MERISE also confirmed that no one jumped overboard and swam to shore.

10.     Another adult passenger, MASSE was interviewed by HSI on November 6, 2019. During a post *Miranda* interview, MASSE told investigators that on or about November 4, 2019, she and several others departed Freeport, Bahamas with the intention of coming to the United States. During the morning hours of November 5, 2019, the vessel came close to shore and the captain told them "[w]elcome to America." Thereafter, it

3

appeared to MASSE that the vessel ran out of gas leaving them stranded in the water. MASSE stated that as the USGC approached, the captain told everyone not to talk or they would go to jail.  MASSE also stated that the captain told USCG that the actual captain jumped overboard.  stated that while on the USCG Cutter, the boat captain made gestures to the other migrants that he was going to hurt them. When shown a photo lineup of all the adult migrants onboard the vessel, MASSE identified SAWYER as the captain of the vessel and the one who was operating the vessel the whole time.

### Legal Status of Three (3) Occupants from the Vessel

11.     The fingerprints of all three (3) occupants of the vessel were searched through a database called Integrated Automatic Fingerprint Identification System (IAFIS). Based upon this search, it was determined that two of the three occupants were Haitian nationals, who are the subject of this application, and did not have lawful status in the United States.  It was determined the remaining occupant, Winston Lindsay, a subject of this application, is a Bahamian national, and did not have lawful status in the United States.

12.     Presently, these witnesses are being detained by ICE pending a removal or deportation determination.  Based upon their legal status, I believe that their removal and deportation from the United States may occur prior to the resolution of *United States v. Justin Sawyer*, Case No: 19-8465-WM.  Additionally, I believe the witnesses' attempt to enter the United States *via* a boat in the middle of the night infers they are a risk of flight should they be released from custody.  Further, I believe that it would be otherwise impracticable to secure the presence of these witnesses by subpoena for future proceedings.

4

13.     WHEREFORE, your affiant seeks the issuance of material witness warrants for the three alien occupants of the vessel, identified herein, in *United States v. Justin Sawyer*, Case No: 19-8465-WM, and to ensure these witnesses are available to the defense.

FURTHER AFFIANT SAYETH NAUGHT.

STEVEN QUATTROCCHI
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me this 22 day of November, 2019.

HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8504-BER


UNITED STATES OF AMERICA

v.

WINSTON LINDSAY et al.,

_____ /
                Defendant.


## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___ Yes  ✓ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:      _____
         ADAM C. McMICHAEL
         ASSISTANT UNITED STATES ATTORNEY
         Florida Bar No.    0772321
         500 South Australian Avenue, Suite 400
         West Palm Beach, Florida 33401
         Tel:      (561) 820-8711
         Fax:      (561) 820-8777
         Email:    Adam.McMichael@usdoj.gov